```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
DOMINIC COPPOLA, ET AL.,

                Plaintiffs,

- against -                    05 Civ. 8596 (DAB)
                                            ORDER

THE CITY OF NEW YORK, ET AL.,

                Defendants.
----------------------------------------X
DEBORAH A. BATTS, United States District Judge.

    On December 19, 2008, Plaintiffs filed a "Status Report" with an attachment. Defendant Crowe moved to strike the attachment on December 30, 2008. Defendant Crowe's motion is GRANTED. The attachment is not a pleading, and is hereby stricken from the docket.

SO ORDERED.

Dated:    New York, New York
          April 10, 2009

                                                  *Deborah A. Batts*
                                                  DEBORAH A. BATTS
                                           United States District Judge